Felincia PHANG; Hendrick
Liauw, Petitioners,

v.

Jefferson B. SESSIONS III, Attorney
General, Respondent.

No. 14–71846

United States Court of Appeals,
Ninth Circuit.

Submitted September 26, 2017 **

OCTOBER 2, 2017

David M. Haghighi, Law Offices of
David M. Haghighi, APC, Los Angeles,
CA, for Petitioner.

Michael Christopher Heyse, Trial, Oil,
U.S. Department Of Justice, Washington,
DC, Chief Counsel Ice, Office of the Chief
Counsel Department of Homeland Securi-
ty, San Francisco, CA, for Respondent.

Before: SILVERMAN, TALLMAN,
and N. R. SMITH, Circuit Judges.

MEMORANDUM *

Felincia Phang and Hendrick Liauw, na-
tives and citizens of Indonesia, petition for
review of the Board of Immigration Ap-
peals' ("BIA") order denying their motion
to reopen removal proceedings. We have
jurisdiction under 8 U.S.C. § 1252. We
review for abuse of discretion the denial of
a motion to reopen, *Najmabadi v. Holder,*

** The panel unanimously concludes this case is
suitable for decision without oral argument.
*See* Fed. R. App. P. 34(a)(2).

* This disposition is not appropriate for publica-
tion and is not precedent except as provided
by Ninth Circuit Rule 36–3.

597 F.3d 983, 986 (9th Cir. 2010), and we
deny the petition for review.

The BIA did not abuse its discretion in
denying petitioners' motion to reopen as
untimely where it was filed over two years
after the BIA's final order of removal, *see*
8 C.F.R. § 1003.2(c)(2), and petitioners
failed to establish materially changed cir-
cumstances in Indonesia to qualify for the
regulatory exception to the time limit for
filing a motion to reopen, *see* 8 C.F.R.
§ 1003.2(c)(3)(ii); *Najmabadi,* 597 F.3d at
987–90 (evidence must be "qualitatively
different" to warrant reopening).

**PETITION FOR REVIEW DENIED.**